UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   22cr10267 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| SCOTT FLEURANTIN | ) | Count One: Possession with Intent |
| | ) | to Distribute Fentanyl |
| Defendant | ) | (21 U.S.C. § 841(a)(1)) |

INFORMATION

COUNT ONE
Possession with Intent to Distribute
Fentanyl; Aiding and Abetting
(21 U.S.C. § 841(a)(1); 18 U.S.C. § 2)

The United States Attorney charges:

On or about June 25, 2021, in Woburn, in the District of Massachusetts, the defendant,

SCOTT FLEURANTIN,

did knowingly and intentionally distribute and possess with intent to distribute a mixture and

substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl]

propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

*/s/ Michael Crowley*
MICHAEL CROWLEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October 3, 2022